**U.S. Department of Justice**
United States Marshals Service

**Detainer**
Printed on: 06/11/2026 11:50 EDT


# DETAINER

## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
EASTERN WISCONSIN
*(District)*
125 S Jefferson St, Green Bay, WI 54301, US
(414) 758-8756
*(Return Address and Phone)*

**TO**

**Winnebago County Sheriff's Office**
4311 Jackson St
Oshkosh, WI 54901, US

| | |
|---|---|
| **Date:** | 06/11/2026 |
| **Subject:** | POTTS, SAMUEL JAMES |
| **AKA:** | |
| **DOB/SSN:** | [redacted]963 / [redacted]495 |
| **Local #:** | |
| **FID/USMS #:** | 1632225 / 05105-089 |
| **CR #:** | 09-CR-58 |

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the **EASTERN DISTRICT OF WISCONSIN** has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and fax or email one copy to this office to (920) 884-1059.
*(Fax No. or Email)*

**RECEIPT**

**Date/Time:** 6-11-26 1145
**Signed:**
**By:** Samantha [signature]
**Title:** Sergeant

**U.S Marshal**
Anna Ruzinski

**Requested By**
WENDLANDT, KYLE

**Date/Time**
06/11/2026 at 10:49 CDT

This information is the property of the US Marshals Service and Shall Not be Publicly Released or Disseminated Without US Marshals Service Authority
UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE